

**Robert A. Hammeke**

robert.hammeke@dentons.com
D  +1 816-460-2457

Dentons US LLP
4520 Main Street
Suite 1100
Kansas City, MO  64111-7700
United States



July 21, 2025

**Via FedEx**

United States District Court
District of Nevada
Clerk of Court's Office
333 Las Vegas Blvd South
Las Vegas, NV 89101

Re:   **Filing of Miscellaneous Case**         2:25-ms-00059

Dear Clerk's Office:

Enclosed please find a Notification of Appointment of Receiver and its Exhibits A and B for filing in your Court as a miscellaneous case relating to a case pending in the United States District Court for the District of Kansas. Also enclosed is a self-addressed FedEx return label. Please file the miscellaneous case and return filed copies of the filings by FedEx.

Please feel free to call me to discuss.  Thank you for your time on this matter.

Sincerely,

Robert A. Hammeke

Enclosure

Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

US_ACTIVE\130815586\V-1